```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11696
   BELINDA Y ROBERTS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3258

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/08/2008 and was confirmed 08/11/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
INDIANA CONDO ASSOC      SECURED NOT I        .00            .00             .00
BMW FINANCIAL SERVICES   SECURED VEHIC        .00            .00             .00
WELLS FARGO BANK         CURRENT MORTG        .00            .00             .00
WELLS FARGO BANK         MORTGAGE ARRE   13359.38            .00          102.99
COUNTRYWIDE HOME LOANS   MORTGAGE NOTI NOT FILED             .00             .00
GMAC MORTGAGE CORPORATIO CURRENT MORTG        .00            .00             .00
GMAC MORTGAGE CORPORATIO MORTGAGE ARRE    4987.80            .00           38.45
GMAC MORTGAGE CORPORATIO UNSECURED     NOT FILED             .00             .00
SAXON MORTGAGE SERVICES  CURRENT MORTG        .00            .00             .00
SAXON MORTGAGE SERVICES  SECURED NOT I        .00            .00             .00
SAXON MORTGAGE SERVICES  UNSECURED     NOT FILED             .00             .00
AMERICASH LOANS          UNSECURED        226.71             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED      10630.53             .00             .00
COMMONWEALTH EDISON      UNSECURED        394.37             .00             .00
GEMB/DILLARDS            UNSECURED     NOT FILED             .00             .00
WELLS FARGO HOME MORTGAG MORTGAGE NOTI NOT FILED             .00             .00
US BANK NA               MORTGAGE NOTI NOT FILED             .00             .00
SAXON MORTGAGE SERVICES  COST OF COLLE    200.00             .00             .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT    311.50             .00          311.50
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,500.00                        3,500.00
TOM VAUGHN               TRUSTEE                                          337.33
DEBTOR REFUND            REFUND                                           923.35

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              5,213.62

PRIORITY                                 311.50
SECURED                                  141.44
UNSECURED                                   .00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 11696 BELINDA Y ROBERTS
```

```
ADMINISTRATIVE                                              3,500.00
TRUSTEE COMPENSATION                                          337.33
DEBTOR REFUND                                                 923.35
                                      ---------------   ---------------
TOTALS                                       5,213.62          5,213.62
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 02/24/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                         PAGE   2
         CASE NO. 08 B 11696 BELINDA Y ROBERTS